Charles N. Guthrie (SBN 76644)
Attorney at Law
P.O. Box 124670
San Diego, California 92112
Tel:  619-230-8598
Attorney for Defendant
1A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HON.  JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  19 CR 1570-003-JLS |
| | ) |
| | ) SENTENCE MEMORANDUM |
| Plaintiff, | ) |
| v. | ) |
| | ) Date:    8/16/2021 |
| WENDY MONSERRATH-MENDEZ, | ) Time:   10:00 a.m. |
| | ) Judge:  Hon. Janis L. Sammartino |
| Defendant. | ) |
| _____ | ) |

    NOTICE:  TO THE ABOVE ENTITLED COURT, RANDY GROSSMAN, UNITED STATES ATTORNEY, AND ASSISTANT UNITED STATES ATTORNEY TIMOTHY D. COUGHLIN:  On the date and time referenced above and in the courtroom to which the matter is assigned, defendant Ms. Wendy Monserrath-Mendez by and through counsel, now files this Sentence Memorandum.

# I

## GOAL OF SENTENCE MEMORANDUM

The goal of this sentence memorandum is persuade the court sentence Ms. Monserrath-Mendez to time served and probation, or simply dismiss the case without government objection because she was manipulated into this conspiracy to smuggle illegal aliens into the United States by her father initially telling her to take monies he made from his "selling cars business" and transferring it back to Mexico, she, only later determining the monies were from smuggling illegal aliens making her culpable. Indeed, the father was using all of his children and their legal status and names to by wire illicit monies to Mexico.[1]

The thrust of the argument for Ms. Monserrath-Mendez is but for being taken advantage of by her father's relationship with her which entailed at the most $12,909.00, dollars (14 money transfers), Ms. Monserrath-Mendez is a good citizen and has no other mark on her reputation other than that she be a good and law abiding person. (PSR Pg. 5, Para 11)

---

[1]   Wendy Monserrath Mendez' Post Arrest Statement: Her father asked her for her bank account information. He told her he was buying and selling cars. He gave her two cars and he sister a car, which was supposedly from this legitimate business. After a while, Ms. Mendez realized the money was nt rom buying and selling vehicles, because it was too mcuh money. The father would deposit monies in her account then call her and tell he where to send it. (PSR, Pg. 5, Para 13)

1
2
3
4

## II

## CIRCUMSTANCES OF CRIME/ MOTIVATION

Ms. Monserrath Mendez' initial motivation was to help her father with his car sales business, what the father described as an auto sales business.  As time passed Wendy understood the monies deposited in her account were from the illegal smuggling of aliens.  She had been introduced to the crime thinking what she was doing was being a good daughter to her father and the original motivation was altruistic to help her father.  After resolving in her mind what was actually happening it was a difficult situation from which to extricate herself and could not find the words to tell her father no.  Upon her arrest, Wendy was totally candid with investigating agents.

## III

## CRIMINAL HISTORY

Ms. Monserrath Mendez has no criminal history points what-so-ever, and some very minor juvenile contacts resulting in no juvenile petitions being brought.

## IV

## FUTURE PROSPECTS

Ms. Monserrath Mendez is (23) years of age and a U.S. Citizen.

- 3 -                    19 CR 1570 - JLS

Since and before pleading guilty in this case she has been working at multiple jobs.  A progression since her release on bond in this case from Walmart's meat department, Sunny Gem, an Almond Company, in Wasco, where she sorted almonds for 8 hours a day/ and into the late evenings.  Currently she works for Concentra Occupational Medical Center, as a Certified Medical Assistant.  Medical Assistant is a state licensed job wherein one must pass a state test.  Wendy attended San Juaquin Jr. College, and took their Medical Assistant Course (9months), 9 modules and passed with a 4.0 average.  Out of the 30 students who took the 9 months course only two passed the state test, Wendy and another student.

Her future plans are to become an RN, Registered Nurse, and this felony conviction may make that future impossible.

Wendy is married to Luis Ramirez and they have two children, (7) and (5).  Mr. Ramirez is employed by the State of California as an Industrial Supervisor.

Wendy comes from a family of 8 brothers and sisters and an awesome mother and there is great support among the family not-with-standing, several of her sibling were involved in the money transfers.

V

ARGUMENT/ MITIGATION

The court is moved sentence Ms. Monserrath Mendez to time

served, or dismiss the case with the governments not objecting.  Her life before charges were brought and as shown above while on supervised release shows extreme courage an goodness raising her two children and working one successive job after another to now work as a licensed medical assistant.

The crime herein was a situational crime wherein the father took advantage of his blood bond to his children and the children were unable to tell their father no after realizing he was using them to transfer illicit monies.  The strongest family bond was used to manipulate children into a crime of their fathers creation and doing. After discovering the wrongness of what they were doing the children, including Wendy, had not the courage to confront their father and tell him no.

This type of situation will not present itself to Ms. Monserrath Mendez again and the likelihood of her re-offending in any manner is very low.

Because of the unusual way Ms. Monserrath Mendez was pulled into the crime by false statements of her own father the court is moved sentence defendant to time served, or dismiss the charges without

1

objection from the prosecution.

2

3

Respectfully submitted,

4

August 3, 2021

5

S/Charles N. Guthrie

6

Charles N. Guthrie, Attorney at Law

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28